**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Philip Allan LeTard
Attorney at Law
P. O. Box 187
Vidalia LA 71373


**REHEARING ACTION: November 5, 2008**


**Docket Number: 08   01161-CW**

**WILSON CHASE LONG**
**VERSUS**
**AMY LAZARUS**

**Writ Application from Avoyelles Parish Case No. 2007-1096 H**


**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**
> **Hon. Marc T. Amy**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Amy Lazarus** has this day been

> **GRANTED (See Per Curiam)**


cc: Cory Paul Roy, Counsel for  the Respondent

NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

08-1161


WILSON CHASE LONG

VERSUS

AMY LAZARUS


************


ON MOTION FOR RECONSIDERATION FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYLLES, NO. 2007-1096 H
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE


************


PER CURIAM


************


Court composed of John D. Saunders, Jimmie C. Peters, and Marc T. Amy, Judges.


**REMANDED FOR FURTHER PROCEEDINGS.**

**Philip A. Letard**
**Attorney at Law**
**109 Carter Street**
**Vidalia, LA 71373**
**(318) 336-8990**
**COUNSEL FOR DEFENDANT/APPLICANT:**
        Amy Lazarus

**Cory Paul Roy**
**Attorney at Law**
**Post Office Box 544**
**Marksville, LA 71351**
**(318) 240-7800**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
        Wilson Chase Long

PER CURIAM.

The applicant has filed a motion for reconsideration of this court's denial of the relator's supervisory writ application based on the untimely filing of the writ application. In her motion for reconsideration, the applicant alleges that certain representations were made off the record indicating that a written judgment was contemplated. *See Kosmitis v. Bailey*, 96-1573 (La.10/4/96), 680 So.2d 167. Because the applicant is relying on representations not of record, in the interest of justice, we remand this matter to the trial court for hearing to determine whether a written judgment was contemplated.

**REMANDED FOR FURTHER PROCEEDINGS.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.